B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11–41412**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Charles L Hill | Diane L Tuzzolino |
| 1221 Plum Tree Ct, Unit B1 | aka Diane Hill |
| Schaumburg, IL 60193 | 1221 Plum Tree Ct, Unit B1 |
| | Schaumburg, IL 60193 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–0984                                          xxx–xx–7535

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>January 18, 2012</u>                   <u>Kenneth S. Gardner, Clerk</u>
                                                 United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Charles L Hill  
Diane L Tuzzolino  
    Debtors

Case No. 11-41412-JPC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin     Page 1 of 2     Date Rcvd: Jan 18, 2012  
                    Form ID: b18     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2012.

```
db/jdb      +Charles L Hill,   Diane L Tuzzolino,   1221 Plum Tree Ct, Unit B1,   Schaumburg, IL 60193-2253
17912130    +HSBC Retail Menards,   P.O.Box 17602,   Baltimore, MD 21297-1602
17912132    +Premier Credit Union,   22 W Schaumburg Rd,   Schaumburg, IL 60194-3502
17912135     Sallie Mae,   P.O.Box 9533,   Wilkes-Barre, Fl 32896
17912139    +Wells Fargo Home Mortgage,   1200 West 7th Street,   Los Angeles, CA 90017-2349
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr          +EDI: FDPLEIBOWITZ.COM Jan 19 2012 02:33:00      David P Leibowitz, ESQ,   Leibowitz Law Center,
              420 Clayton Street,   Waukegan, IL 60085-4216
17912126    +EDI: BANKAMER2.COM Jan 19 2012 02:33:00      Bank of America,   POB 17054,
              Wilmington, DE 19884-0001
17912127    +EDI: CAPITALONE.COM Jan 19 2012 02:33:00      Capital One,   P.O.Box 6492,
              Carol Stream, IL 60197-6492
17912128    +EDI: CHASE.COM Jan 19 2012 02:33:00      Chase,   P.O.Box 15153,   Wilmington, DE 19886-5153
17912129    +EDI: RMSC.COM Jan 19 2012 02:33:00      GE Capital Retail,   P.O.Box 960061,
              Orlando, Fl 32896-0061
17912131    +EDI: HFC.COM Jan 19 2012 02:33:00      HSBCRetailServices,   P.O.Box 17298,
              Baltimore, MD 21297-1298
17912133    +EDI: HFC.COM Jan 19 2012 02:33:00      RewardsZoneMC,   P.O.Box88000,   Baltimore, MD 21288-0001
17912134    +EDI: SALMAESERVICING.COM Jan 19 2012 02:33:00      Sallie Mae,   P.O.Box 9533,
              Wilkes-Barre, Pa 18773-9533
17912136    +EDI: SEARS.COM Jan 19 2012 02:33:00      Sears Credit,   P.O.Box 183082,   Columbus, Oh 43218-3082
17912137    +EDI: RMSC.COM Jan 19 2012 02:33:00      WalMart/GEMB,   P.O.Box 530927,   Atlanta, Ga 30353-0927
17912138    +EDI: WFFC.COM Jan 19 2012 02:33:00      Wells Fargo Financial National Bank,   PO BOX 10475,
              Des Moines, IA 50306-0475
17912140    +EDI: WFFC.COM Jan 19 2012 02:33:00      WellsFargoFinan.N.B,   P.O.Box 10475,
              DesMoines, Ia 50306-0475
                                                                                              TOTAL: 12
```

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2012**                  **Signature:** _Joseph Speetjens_

```
Case 11-41412    Doc 21    Filed 01/18/12    Entered 01/20/12 23:51:36    Desc Imaged
                           Certificate of Notice    Page 4 of 4
```

```
District/off: 0752-1           User: admin              Page 2 of 2              Date Rcvd: Jan 18, 2012
                               Form ID: b18             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2012 at the address(es) listed below:

              David H Cutler     on behalf of Debtor Charles Hill david@cutlerltd.com
              David P Leibowitz    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                         TOTAL: 3